**LEWIS C. MULLER/State Bar No. 77525**
**Attorney at Law**
**9625 Mission Gorge Road, Ste. B2, PMB 357**
**Santee, California 92071**
**Tel: (619) 504-1539**
**Fax: (619) 449-9635**
**E-mail: lewmuller@cox.net**

Attorney for Defendant

FILED
FEB - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRMNL DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
Heribento Montes
Defendant.

Case No. 08MJ0165

**SUBSTITUTION OF ATTORNEY**

Defendant, Heribento Montes, hereby substitutes, Lewis C. Muller, Attorney at law, as attorney of record in place and stead of Federal Defenders. The office address and telephone number of the new attorney is:

Lewis C. Muller, Attorney at Law
9625 Mission Gorge Rd., Ste. B2, PMB 357
Santee, CA 92071
Tel: (619) 504-1539/Fax: (619) 449-9635

Dated: 1-28-08

Defendant

I hereby consent to the above substitution.

Dated: 29 January 2008

Attorney at Law

I, Lewis C. Muller, hereby accept the above substitution.

Dated: 1-28-08

LEWIS C. MULLER
Attorney at Law

**IT IS SO ORDERED.**

JUDGE